```
BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>J. CAIN CASTREJON-PENALOZA<br>   aka J. Cain Castrejon<br>   aka Fidel Torrez,<br><br>        Defendant. | Case No. 01:09-MJ-00052-GSA<br><br>MOTION AND ORDER TO DISMISS COMPLAINT |

Pursuant to Federal Rule of Criminal Procedure 48(a), Plaintiff United States of America, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and IAN L. GARRIQUES, Assistant United States Attorney, hereby moves to dismiss the complaint in this case without prejudice in the interest of justice.

```
DATED: July 3, 2012              Respectfully submitted,
                                 BENJAMIN B. WAGNER
                                 United States Attorney

                             By: /s/ Ian L. Garriques
                                 IAN L. GARRIQUES
                                 Assistant U.S. Attorney
```

**ORDER**

**IT IS HEREBY ORDERED** that the complaint in this case be dismissed without prejudice in the interest of justice.

IT IS SO ORDERED.

Dated: __July 5, 2012__        _____/s/ Gary S. Austin_____
                                       UNITED STATES MAGISTRATE JUDGE